IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYLE BOGATTO,            )<br>                               )<br>          Plaintiff,           )<br>                               )<br>    v.                         )<br>                               )<br>MILDRED K. GARTH, et al., )<br>                               )<br>          Defendants.      )<br>_____) | No. C 15-01906 EJD (PR)<br><br>ORDER OF DISMISSAL |

On April 29, 2015, Plaintiff, proceeding pro se, filed a letter which initiated the opening of this case. That same day, the Clerk notified Plaintiff that his complaint was not submitted on the proper form. (Docket No. 2.) The Clerk provided Plaintiff with a blank copy of the court's complaint by a prisoner form, and cautioned him that his failure to file a complaint on the proper form within twenty-eight days would result in the dismissal of this action without further notice. (Id.) In addition, the Clerk notified plaintiff that he had not paid the filing fee, and provided Plaintiff with a blank *in forma pauperis* ("IFP") application and instructions for completing it. (Docket No. 3.) Plaintiff was cautioned that his failure to file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action without further

1  notice. More than twenty-eight days have passed and Plaintiff has not responded to the
2  Clerk's deficiency notices. Thus, the instant action is **DISMISSED** without prejudice.
3  The Clerk shall enter judgment and close the file.

4
5  DATED:   6/10/2015                              _____
                                                    EDWARD J. DAVILA
6                                                   United States District Judge